FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

2019 JAN -8 PM 2: 18

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:19 CR 8 |
| v. | ) | |
| | ) | Title 18, Section 1956(a)(1)(B)(i) |
| JUVENAL SALDANA, JR., | ) | and 1957, United States Code |
| Defendant. | ) | |

JUDGE ADAMS

COUNT 1
(Laundering of Money Instruments, in violation of 18 U.S.C. § 1956(a)(1)(B)(i))

The Grand Jury charges:

1. On or about November 20, 2015, in the Northern District of Ohio, Eastern Division, Defendant JUVENAL SALDANA, JR., with the intent to conceal and disguise the true nature, location, source, ownership, and control of property believed to be the proceeds of a specified unlawful activity, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which in fact involved the proceeds of specified unlawful activity, to wit: distribution of controlled substances in violation of Title 21, United States Code, Section 841(a)(1), by depositing two $500 money orders into Belko Credit Union loan account number (5956xxxxx), a loan in Defendant SALDANA's name, with payment intended to benefit separately charged defendant Ismael Acosta, and knowing that the financial transaction was designed in whole, or in part, to conceal the true ownership of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT 2
(Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, in violation of 18 U.S.C. § 1957)

The Grand Jury further charges:

2. On or about April 2, 2015, in the Northern District of Ohio, Defendant JUVENAL SALDANA, JR,. did knowingly engage in a monetary transaction, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, by purchasing a vehicle through Auto Nation Chevy Arrowhead Car Dealership, using money orders, cash, and checks totaling $23,700.00, such property having been derived from a specified unlawful activity, that is, distribution of a controlled substance in violation of Title 21, United States Code, Section 841 (a)(1), in violation of Title 18, United States Code, Section 1957.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.